PAULA R. BERGER et al., Appellants, *v.* JEFFERSON DEMOCRATIC CLUB OF THE SIXTH ASSEMBLY DISTRICT, NEW YORK COUNTY, INC., et al., Respondents.

Argued September 9, 1955; decided September 9, 1955.

---

*Saul Berger* for motion.
*Joseph Broderick* opposed.

Application for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.